

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-20-00171-CV

**IN RE** Eugenio **VILLARREAL**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Liza A. Rodriguez, Justice

On March 19, 2020, relator filed a petition for writ of mandamus and, on March 20, 2020, a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than April 9, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 24, 2020.

PER CURIAM

ATTESTED TO: _____
                       Michael A. Cruz,
                       Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CVT000921-D3, styled *Tina Botello v. Eugenio Villarreal*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.